UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ECITY MARKET, INC. doing business as PROJECT MANAGEMENT ACADEMY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 1:13-cv-01622-TWP-DML ) |
| VAUGHN SCOTT BURCH, GRAYWOOD CONSULTING GROUP, INC., | ) ) ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Verified Petition to Show Cause Why Defendant Should Not be Held in Contempt and for Sanctions (Dkt. 11). Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The District Judge, having considered the Magistrate Judge's Report and Recommendation and the lack of objections, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's petition to show cause is granted.

Date: 06/27/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Service via first-class U.S. Mail on:

VAUGHN SCOTT BURCH
201 Royal Street SE, Ste F.
Leesburg, VA 20175