UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ECITY MARKET, INC. an Indiana Corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | No. 1:13-cv-01622-TWP-DML<br>) |
| VAUGHN SCOTT BURCH individually, GRAYWOOD CONSULTING GROUP, INC. a Virginia corporation, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| VAUGHN SCOTT BURCH individually, GRAYWOOD CONSULTING GROUP, INC. a Virginia corporation, | )<br>)<br>)<br>) |
| Counter Claimants, | )<br>) |
| vs. | )<br>) |
| ECITY MARKET, INC. an Indiana Corporation, | )<br>)<br>) |
| Counter Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation (Filing No. 48). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Because Graywood Consulting Group Inc. ("Graywood") is not represented by counsel, DEFAULT is entered against Graywood on the plaintiff's complaint. Additionally, because Graywood has failed to prosecute its counterclaims, Graywood's counterclaims are DISMISSED WITH PREJUDICE

SO ORDERED:

Date: 7/28/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Vaughn Scott Burch
201 Royal Street, SE
Ste F
Leesburg, VA 20175

Graywood Consulting Group, Inc.
201 Royal Street, SE
Suite F
Leesburg, VA 2017

Vaughn Scott Burch
22580 Glenn Drive, Suite 10
Sterling, VA 20164

Jason R. Delk
DELK MCNALLY
delk@delkmcnally.com

William P. Kealey
STUART & BRANIGIN
wpk@stuartlaw.com

James F. Olds
STUART & BRANIGIN LLP
jfo@stuartlaw.com